## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR THE
HOLDERS OF NEW CENTURY HOME
EQUITY LOAN TRUST COMPANY AS
TRUSTEE FOR THE HOLDERS OF
NEW CENTURY HOME EQUITY LOAN
TRUST, SERIES 2005-A, ASSET
BACKED PASS-THROUGH
CERTIFICATES

            v.

SHARLA R. ADAMSON AND BENJAMIN
KORNEGAY, MORTGAGORS AND
RECORD OWNERS,

            Petitioners

: No. 317 MAL 2015
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.